UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KEVIN MORAN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION<br><br>Defendant. | Civil No. 2:25-cv-00759-MTK<br><br><br><br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand.

JUDGMENT is entered for Plaintiff, and this case is closed.

IT IS SO ORDERED this 5th day of September 2025.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge

Submitted by:

SCOTT E. BRADFORD
United States Attorney

KEVIN DANIELSON
Executive Assistant U.S. Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel

s/ Christopher Vieira
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel
(510) 970-4808
christopher.vieira@ssa.gov
Attorneys for Defendant